UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:18-cv-25317

DENNIS CLARK,

    Plaintiff,

v.

NHR.COM MEDIA GROUP, INC.,

    Defendant.

**COMPLAINT FOR COPYRIGHT INFRINGEMENT**
(INJUNCTIVE RELIEF DEMANDED)

Plaintiff DENNIS CLARK by and through his undersigned counsel, brings this Complaint against Defendant NHR.COM MEDIA GROUP, INC. for damages and injunctive relief, and in support thereof states as follows:

**SUMMARY OF THE ACTION**

1. Plaintiff DENNIS CLARK ("CLARK"), brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. § 106, to copy and distribute Clark's original copyrighted works of authorship.

2. Clark is a photographer in the New York area, who travels several times a year to Florida for assignments, and is a photojournalist for one of New York's biggest newspapers. His passion is macro and landscape photography, and his work is available for purchase on fineartamerica.com. Clark is also the lead photographer for Kiss the Bride Studios, which in addition to shooting weddings, shoots engagements, events, and portraits.

3. Defendant NHR.COM MEDIA GROUP, INC. ("NHR.com") owns and operates a website at the URL: www.nelsonhortareporta.com (the "Website").

4. Clark alleges that NHR.com copied Clark's copyrighted Work from the internet in order to advertise, market and promote its business activities. NHR.com committed the violations alleged in connection with NHR.com's business for purposes of advertising and promoting sales to the public in the course and scope of the NHR.com's business.

## JURISDICTION AND VENUE

5. This is an action arising under the Copyright Act, 17 U.S.C. § 501.

6. This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

7. Defendant is subject to personal jurisdiction in Florida.

8. Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, Defendant engaged in infringement in this district, Defendant resides in this district, and Defendant is subject to personal jurisdiction in this district.

## DEFENDANT

9. NHR.com Media Group, Inc. is a Florida corporation, with its principal place of business at 995 SW 84 Avenue, Apartment 210, Miami, Florida, 33144, and can be served by serving its Registered Agent, Ileana M. Salort, 432 Loretto Avenue, Coral Gables, Florida, 33146.

**THE COPYRIGHTED WORK AT ISSUE**

10. In 2014, Clark photographed Melissa Mark-Viverito and created an image entitled "Clark, Melissa Mark-Viverito, 1_8_2014.jpg," which is shown below and referred to herein as the "Work".



11. Clark licensed the Work to the New York Post. On January 8, 2014, the New York Post ran an article that featured the Work in an article titled *Melissa Mark-Viverito elected City Council speaker.* See URL: https://nypost.com/2014/01/08/melissa-mark-viverito-to-be-elected-city-council-speaker. Clark's name was featured in a gutter credit identifying him as the photographer of the Work. A true and correct copy of the article is attached hereto as Exhibit 1.

12. Clark registered the Work with the Register of Copyrights on March 17, 2017 and was assigned the registration number VA 2-036-505. The Certificate of Registration is attached hereto as Exhibit 2.

13. At all relevant times Clark was the owner of the copyrighted Work at issue in this case.

## INFRINGEMENT BY DEFENDANT

14. On or about December 16, 2014, NHR.com ran an article on the Website titled *Sindicato de policía de Nueva York pide al alcalde Bill De Blasio que no asista a sus funerales.* See URL http://www.nelsonhortareporta.com/sindicato-de-policia-de-nueva-york-pide-al-alcalde-bill-de-blasio-que-no-asistan-a-sus-funerales/#. The article prominently featured the Work. A true and correct copy of the article is attached hereto as Exhibit 3.

15. NHR.com has never been licensed to use the Work at issue in this action for any purpose.

16. On a date after the Work at issue in this action was created, but prior to the filing of this action, NHR.com copied the Work.

17. NHR.com copied Clark's copyrighted Work without Clark's permission.

18. After NHR.com copied the Work, it made further copies and distributed the Work on the internet to promote the sale of goods and services as part of its entertainment and news website.

19. NHR.com copied and distributed Clark's copyrighted Work in connection with NHR.com's business for purposes of advertising and promoting NHR.com's business, and in the course and scope of advertising and selling products and services.

20. Clark's Works are protected by copyright but are not otherwise confidential, proprietary, or trade secrets.

21. NHR.com committed copyright infringement of the Work as evidenced by the documents attached hereto as Exhibit 3.

22. Clark never gave NHR.com permission or authority to copy, distribute or display the Work at issue in this case.

23. When NHR.com copied and displayed the Work at issue in this case, NHR.com removed the gutter credit that stated "Dennis A. Clark" from underneath the Work.

24. Clark never gave NHR.com permission or authority to remove copyright management information from the Work at issue in this case.

## COUNT I
## COPYRIGHT INFRINGEMENT

25. Plaintiff incorporates the allegations of paragraphs 1 through 24 of this Complaint as if fully set forth herein.

26. Clark owns a valid copyright in the Work at issue in this case.

27. Clark registered the Work at issue in this case with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

28. NHR.com copied, displayed, and distributed the Work at issue in this case and made derivatives of the Work without Clark's authorization in violation of 17 U.S.C. § 501.

29. NHR.com performed the acts alleged in the course and scope of its business activities.

30. Clark has been damaged.

31. The harm caused to Clark has been irreparable.

## COUNT II
## REMOVAL OF COPYRIGHT MANAGEMENT INFORMATION

32. Plaintiff incorporates the allegations of paragraphs 1 through 24 of this Complaint as if fully set forth herein.

33. The Work at issue in this case contains copyright management information ("CMI") consisting of a gutter credit underneath the Work stating "Dennis A. Clark."

34. NHR.com knowingly and with the intent to enable or facilitate copyright infringement, removed CMI from the Work at issue in this action in violation of 17 U.S.C. § 1202(b).

35. NHR.com committed these acts knowing or having reasonable grounds to know that it will induce, enable, facilitate or conceal infringement of Clark's rights in the Work at issue in this action protected under the Copyright Act.

36. NHR.com caused, directed and authorized others commit these acts knowing or having reasonable grounds to know that it will induce, enable, facilitate or conceal infringement of Clark's rights in the Work at issue in this action protected under the Copyright Act.

37. Clark has been damaged.

38. The harm caused to Clark has been irreparable.

WHEREFORE, the Plaintiff prays for judgment against the Defendant NHR.com Media Group, Inc. that:

a. Defendant and its officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. §§ 501, 1203;

b. Defendant be required to pay Plaintiff his actual damages and Defendant's profits attributable to the infringement, or, at Plaintiff's election, statutory damages, as provided in 17 U.S.C. §§ 504, 1203.

c. Plaintiff be awarded his attorneys' fees and costs of suit under the applicable statutes sued upon; and

      d.      Plaintiff be awarded such other and further relief as the Court deems just and proper.

## JURY DEMAND

Plaintiff hereby demands a trial by jury of all issues so triable.

DATED: December 18, 2018          Respectfully submitted,

*/s/Joel B. Rothman*
JOEL B. ROTHMAN
Florida Bar No.: 98220
joel.rothman@sriplaw.com
ALEXANDER C. COHEN
Florida Bar No.: 1002715
alex.cohen@sriplaw.com

**SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP, PLLC**
4651 North Federal Highway
Boca Raton, FL  33431
561.404.4350 – Telephone
561.404.4353 – Facsimile

*Attorneys for Plaintiff Dennis Clark*